UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANELLA L LIGA,

               Plaintiff,

-v.-

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

               Defendant.

23 Civ. 09289 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On October 20, 2023, Plaintiff moved for leave to proceed *in forma pauperis*. ECF No. 3. In her application, Plaintiff represents that she has $323,000 in assets; is the recipient of "[l]oans from family" and/or other sources of "borrow[ed] money"; and that there are no individuals "who are dependent on [her] for support." ECF No. 3 at 2.

Accordingly, Plaintiff's application for *in forma pauperis* status is denied. **Within 30 days of the date of this Order**, Plaintiff is directed to pay the $402.00 filing fee.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 30, 2023
      New York, New York

                                                                     JENNIFER H. REARDEN
                                                                     United States District Judge